UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER **13** |
| | ) | |
| **REBECCA COMPEAN-CERVANTES** | ) | CASE NO. 13-66867-MHM |
| | ) | |
| Debtor | ) | |
| - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - - | |
| | ) | |
| **REBECCA COMPEAN-CERVANTES** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| **CHASE** | ) | |
| | ) | |
| Respondent | ) | |

**NOTICE OF HEARING**

**REBECCA COMPEAN-CERVANTES** filed a *Motion to Determine Secures Status of Claim and to Strip Lien* to strip the lien of a junior lienholder. Hearing will be held on the *Motion* in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at *1:45 P.M.* on *September 19, 2013.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: **September 3, 2013**

_____
**DAN SAEGER**
Counsel for Movant
Georgia Bar Number 680628
**RICKMAN & ASSOCIATES, PC**
*1325 Satellite Blvd, Suite 1406*
*Suwanee, Georgia 30060*
*(P) 678-500-9546*
*(F) 678-391-4422*
*bk@thegeorgialawfirm.com*

## Certificate of Service

I, **Dan Saeger**, certify that I am over the age of 18 and that on **September 3, 2013,** I served a copy of the foregoing **Motion to Determine Secured Status of Claim and to Strip Lien** by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated below. Respondent has been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively.

Rebecca Compean-Cervantes
2682 Sedgeview Lane
Buford, GA 30519

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Ocwen Loan Servicing
3451 Hammond Ave
Waterloo, IA 50702

Ocwen Loan Servicing, LLC
Ronald M. Faris, CEO
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Corporation Service Company
Registered Agent for Ocwen Loan Servicing
40 Technology Parkway South Suite 300
Norcross, GA 30092

Chase
PO Box 24696

Columbus, OH 43224

JP Morgan Chase & Co.
James Dimon, CEO
270 Park Avenue
New York, NY 10017

CT Corporation System
Registered Agent for JP Morgan Chase & Co
1201 Peachtree Street, NE
Atlanta, GA 30361


Dated: **September 3, 2013**

_____
**DAN SAEGER**
Counsel for Movant
Georgia Bar Number 680628
**RICKMAN & ASSOCIATES, PC**
*1325 Satellite Blvd, Suite 1406*
*Suwanee, Georgia 30060*
*(P) 678-500-9546*
*(F) 678-391-4422*
*bk@thegeorgialawfirm.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER *13* |
| | ) | |
| ***REBECCA COMPEAN-CERVANTES*** | ) | CASE NO. 13-66867-MHM |
| | ) | |
| Debtor | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - | |
| | ) | |
| ***REBECCA COMPEAN-CERVANTES*** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| ***CHASE*** | ) | |
| | ) | |
| Respondent | ) | |

**AMENDED MOTION TO DETERMINE SECURED STATUS OF CLAIM AND TO STRIP LIEN**

COMES NOW the Movant, Rebecca Compean-Cervantes (hereinafter referred to as "Movant" or "Debtor"), in the above-styled Chapter 13 case, by and through counsel, and files this Motion to Determine Secured Status of Junior Security Interest and/or Lien Pursuant to 11 U.S.C. § 506 ("Motion") and shows this Court the following:

1.

This Motion is filed pursuant to 11 U.S.C. § 506(a) and (d), 11 U.S.C. § 1322 (b)(2w), and Fed.R.Bankr.P. 3012 and 9014 to treat junior security interest and/or lien held by Respondent in Movant's residential real property, located at 2682 Sedgeview Lane, Buford, GA 30519, as a non-priority, unsecured liability for all purposes within the underlying Chapter 13 proceeding, with the voiding

and extinguishment of Respondent's security interest upon Movant receiving a Chapter 13 Discharge in this case.

2.

Jurisdiction is proper in the Court pursuant to 28 U.S.C. § 151, 157 and 1334.

3.

Venue is proper in this Court pursuant to 28 U.S.C. §1409.

4.

Movant filed a Voluntary Petition for relief under Chapter 13 of Title 11 of the United States Code on August 5, 2013, and is eligible for relief under 11 U.S.C. §109.

5.

Movant's residence (hereinafter referred to as "the residence") is located at 2682 Sedgeview Lane, Buford, GA 30519.

6.

Movant's ownership interests in the residence is subject to two (2) separate mortgages in the form of deeds to secure debt as follows:

1) Movant's interest in the residence is subject to a first lien arising out of a mortgage in favor of Ocwen Loan Servicing, with an outstanding balance of $160,759.00.   Proof of claim has not yet been filed.
2) Movant's interest in the residence is subject to a second junior lien arising out of a mortgage in favor of Respondent, with an outstanding balance of $38,319.00.  Proof of claim has not yet been filed.

7.

Movant has scheduled the value of the residence at the time of filing of this case at $147,193.00.

8.

According to Gwinnett County Geographic Information Services, the residence was appraised at a total value of $136,700 by the tax assessor. (Exhibit A).

8.

Pursuant to 11 U.S.C. § 506(a), Respondent's second-priority mortgage referenced above is wholly unsecured. Pursuant to 11 U.S.C. § 506(d), the lien is subject to a "lien strip" and is void.

9.

Respondent, holding wholly unsecured and void second-priority lien, should be ordered to execute a lien release pursuant to the Eleventh Circuit's holding in the case of In re Tanner, 217 F.3d 1357 (11th Circ. 2000). 11 U.S.C. § 1322(b)(2) states:

> 11 U.S.C. § 1322. Contents of Plan
> 
> SUBCHAPTER II – THE PLAN
> 
> (b) Subject to subsections (a) and (c) of this section, the plan may –
> 
> > (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims.

WHEREFORE, Movant respectfully pray for the following relief:

a) That this Motion be filed, read, and considered;
b) That this Honorable Court "strip off" and extinguish Respondent's wholly unsecured second mortgage lien pursuant to 11 U.S.C. § 506(a); and

c) That effective upon entry of a discharge in the Debtor's Chapter 13 case, the lien of Chase, be voided without further Order pursuant to 11 U.S.C. §506(d); and

d) That should the Respondent file a Claim in the instant Chapter 13 case, it be reclassified as a general, unsecured Claim to receive a pro rata distribution with other general unsecured creditors through the Movant's Chapter 13 Plan; and

e) That this Honorable Court grant such further relief as it may deem just and proper.

This 3rd day of September 2013.

        Respectfully submitted,

        By: /s/_____
        Dan Saeger
        Attorney for Debtor
        Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

# EXHIBIT A



Gwinnett County GIS
75 Langley Dr.
Lawrenceville, GA 30046



### Details of " Land Parcels "

| Attribute | Value |
|---|---|
| Parcel ID (PIN) | 1002 831 |
| Lot | 8 |
| Lastuser | giseditor |
| Datemodified | 11/29/2011 3:53:01 PM |
| **Tax Ownaddr (SDEWH01)** | |
| **Assessor Information** | |
| Pin | 1002 831 |
| Owner | COMPEAN REBECCA |
| Location address | 2682 SEDGEVIEW LN |
| Location City, ZIPcode | BUFORD |
| **Owner / Property Information** | |
| **Owner Information** | |
| Pin | R1002 831 |
| Owner Name | COMPEAN REBECCA |
| Mailing Address | 950 HERRINGTON RD STE C-67 |

| | |
|---|---|
| City, ST ZIP | LAWRENCEVILLE |
| **Property Information** | |
| Location Address | 2682 SEDGEVIEW LN |
| Location City | BUFORD |
| Assessment Neighborhood | 1022 |
| Property Class Description | Residential SFR |
| Legal acres | 0.1400 |
| Dwelling Value (appraised) | 107700 |
| Land Value (appraised) | 29000 |
| Total Value (appraised) | 136700 |
| Dwelling Value (assessed) | 43080 |
| Land Value (assessed) | 11600 |
| Total Value (assessed) | 54680 |
| Tax District Tag | 01 |
| **Sales Information** | |
| **Sales Information** | |
| 1 - Sale Date | 07/28/2005 |
| Sale Amount | 196000 |
| Deed Book Page | 44404 109 |
| 2 - Sale Date | 01/06/2005 |
| Sale Amount | 2200000 |
| Deed Book Page | 41485 122 |
| 3 - Sale Date | 01/06/2005 |
| Sale Amount | 2200000 |
| Deed Book Page | 41485 122 |
| **Building Information** | |
| **Building Information** | |
| Use description | Single family |
| Improvement type | DWELLING |
| Building type | Conventional |
| Year built | 2005 |
| Stories | 2.0 |
| Attic | Part |
| Main Floor(s) finished area | 2188 |
| Attic finished area | 64 |
| Basement finished area | 0 |
| Total Basement area | 0 |