**Certificate of Service**

I, **Dan Saeger**, certify that I am over the age of 18 and that on **October 17, 2013,** I served a copy of the foregoing **Order and Notice Regarding Strip Lien Motion** by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated below.  Respondent has been served by Certified Mail in accordance with Fed. R. Bankr. P. 7004(b)(3) and 7004(h) respectively.

Rebecca Compean-Cervantes
2682 Sedgeview Lane
Buford, GA 30519

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Ocwen Loan Servicing
3451 Hammond Ave
Waterloo, IA 50702

Ocwen Loan Servicing, LLC
Ronald M. Faris, CEO
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Corporation Service Company
Registered Agent for Ocwen Loan Servicing
40 Technology Parkway South Suite 300
Norcross, GA 30092

Chase
PO Box 24696
Columbus, OH 43224

JP Morgan Chase & Co.
James Dimon, CEO
270 Park Avenue
New York, NY 10017

CT Corporation System
Registered Agent for JP Morgan Chase & Co
1201 Peachtree Street, NE
Atlanta, GA 30361

Real Time Resolutions, Inc agent for JP Morgan Chase Bank, NA
1349 Empire Central Dr
Suite 150
Dallas, TX 75247

Dated: **October 17, 2013**

---

**DAN SAEGER**
Counsel for Movant
Georgia Bar Number 680628
***RICKMAN & ASSOCIATES, PC***
***1325 Satellite Blvd, Suite 1406***
***Suwanee, Georgia 30060***
***(P) 678-500-9546***
***(F) 678-391-4422***
***bk@thegeorgialawfirm.com***